**SO ORDERED.**

**SIGNED this 23 day of November, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    RANDY ROBERT PRATT              #09-35877
          TINA SUE PRATT                  Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY HSBC BANK NEVADA NA (YAMAHA)

No response having been filed to the Trustee's Objection to claim filed by HSBC Bank Nevada N.A. (Yamaha), it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the secured claim filed by HSBC Bank Nevada N.A. (Yamaha) in the amount of $9596.10 shall be paid as a general unsecured claim.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995